# Exhibit A

Exhibit A



## Alcohol Use / Dependence Coding Spotlight

### Rethinking Drinking

- For your patients who have no other HCC opportunities and who have HTN and drink more than 1 drink a day take the time to remind them not to drink in excess during the holidays.
    - Remember current guidelines state that patients over 65 should not consume more than 1 drink per day. More recent studies have shown no benefit for alcohol consumption for any patient drinking more than 1 drink per day.
    - If you have the conversation **use the code F10.99 for Alcohol Use unspecified with unspecified alcohol-induced disorder** to claim credit.

**Every New Code Used = $3,600**

Freedom ACO
Alcohol Opportunity

**43 patients**

**$160,470**
*Available Risk*

### When can I code?
- ➢ *Annual Wellness Visits*
    - Use the Aledade App to capture all HCC Suggestions that are appropriate for the patient.
    - AWV's require that you update the problem list; you can send all codes across to Medicare!
- ➢ *Follow Up and Acute Visits*
    - Use the App and if patients have any outstanding codes, use at least one during the visit
    - If a disease process was used in medical decision making, you can code