# Exhibit C

Exhibit C

**Aledade CMS-HCC Coding MasterSheet**

This guide has been designed for clinicians who treat Medicare patients in Aledade Accountable Care Organizations. It is limited in scope and does not contain all possible codes. More accurate and more specific codes may be available and should always be used as clinically indicated. All HCC weights are estimates.



## Diabetes and Complications

ICD-10 codes listed below are for E11: Diabetes Mellitus Type 2. Other Diabetes types use the same suffixes for each root listed below:
E08: DM Due to underlying condition
E09: DM, Medication Induced
E10: DM Type 1
e.g. E10.65 = DMT1 w/ hyperglycemia
Avoid using E11.9 DMT2 uncomplicated when complications are clearly present. See below for most common DM complications.

| Code | Description | Wt |
|---|---|---|
| E11.65 | DMT2 w/ hyperglycemia | 0.3 |
| E11.21 | DMT2 w/ nephropathy | 0.3 |
| E11.22 | DMT2 w/ chronic kidney disease | 0.3 |
| E11.69 | DMT2 w/ other spec. complications | 0.3 |
| E11.29 | DMT2 w/ other diabetic kidney complication | 0.3 |
| E11.311 | DMT2 w/ unspec. diabetic retinopathy w/ macular edema | 0.3 |
| E11.319 | DMT2 w/ unspec. diabetic retinopathy w/o macular edema | 0.3 |
| E11.3559 | DMT2 with stable proliferative diabetic retinopathy, unspecified eye * | 0.5 |
| E11.36 | DMT2 w/ diabetic cataract | 0.3 |
| E11.39 | DMT2 w/ other diabetic ophthalmic complication | 0.3 |
| E11.40 | DMT2 w/ diabetic neuropathy, unspec. | 0.3 |
| E11.49 | DMT2 w/ other diabetic neurological complic. | 0.3 |
| E11.51 | DMT2 w/ peripheral angiopathy w/o gangrene * | 0.6 |
| E11.52 | DMT2 w/ diabetic peripheral angiopathy w/ gangrene | 0.3 |
| E11.59 | DMT2 w/ other circulatory complication | 0.3 |
| E11.610 | DMT2 w/ diabetic neuropathic arthropathy | 0.3 |
| E11.618 | DMT2 w/ other diabetic arthropathy | 0.3 |
| E11.620 | DMT2 w/ diabetic dermatitis | 0.3 |
| E11.621 | DMT2 w/ foot ulcer * | 0.8 |
| E11.622 | DMT2 w/ other skin ulcer * | 0.8 |
| E11.628 | DMT2 w/ other skin complications | 0.3 |
| E11.630 | DMT2 w/ periodontal disease | 0.3 |
| E11.649 | DMT2 w/ hypoglycemia w/o coma | 0.3 |
| E11.8 | DMT2 w/ unspec. complications | 0.3 |

## Major Depressive Disorder

Avoid using F32.9 MDD Single Episode NOS since has no risk weight. Chose a more accurate code below or use F39 Unspecified Mood Disorder

| Code | Description | Wt |
|---|---|---|
| F32.0 | MDD, single episode, mild | 0.3 |
| F32.1 | MDD, single episode, moderate | 0.3 |
| F33.0 | MDD, recurrent, mild | 0.3 |
| F33.1 | MDD, recurrent, moderate | 0.3 |
| F33.9 | MDD, recurrent, unspec. | 0.3 |
| F33.40 | MDD, recurrent, in remission, unspec. | 0.3 |
| F32.4 | MDD, single episode, in partial remission | 0.3 |
| F33.41 | MDD, recurrent, in partial remission | 0.3 |
| F32.5 | MDD, single episode, in full remission | 0.3 |
| F33.42 | MDD, recurrent, in full remission | 0.3 |
| F33.8 | Other recurrent depressive disorder | 0.3 |
| F39 | Unspec. mood disorder | 0.3 |

If making the diagnosis of Anxiety and Depression remember to add an MDD code such as F39 as GAD has no weight in the current CMS HCC model.

## Obesity

E66.01- BMI > 35 w/ co-morbid condition such as COPD, DM, HTN, HLD, OSA, OA, etc

| Code | Description | Wt |
|---|---|---|
| Z68.41 | Body mass index (BMI) 40.0-44.9, adult | 0.3 |
| Z68.42 | Body mass index (BMI) 45.0-49.9, adult | 0.3 |
| Z68.43 | Body mass index (BMI) 50-59.9, adult | 0.3 |
| Z68.44 | Body mass index (BMI) 60.0-69.9, adult | 0.3 |
| Z68.45 | Body mass index (BMI) 70 or greater, adult | 0.3 |
| E66.01 | Morbid (severe) obesity due to excess calories | 0.3 |
| E66.2 | Morbid (severe) obesity w/ alveolar hypoventilation | 0.3 |

## Alcohol and Substance Use, Abuse, Dependence

When evaluating a patient with an Alcohol or Substance Use Disorder remember that Use codes have the same weight as Abuse and Dependence codes and may have therapeutic relationship advantages.
F12: Marijuana
F14: Cocaine
F15: Stimulants
F16 Hallucinogens
F19: Psychoactive

## Alcohol

| Code | Description | Wt |
|---|---|---|
| F10.120 | Alcohol abuse w/ intoxication, uncomplic. | 0.3 |
| F10.19 | Alcohol abuse w/ unspec. alcohol-induced d/o | 0.3 |
| F10.20 | Alcohol dependence, uncomplic. | 0.3 |
| F10.21 | Alcohol dependence, in remission | 0.3 |

## Alcohol Continued

| Code | Description | Wt |
|---|---|---|
| F10.29 | Alcohol dependence w/ unspec. alcohol-induced d/o | 0.3 |
| F10.929 | Alcohol use, unspec. w/ intoxication, unspec. | 0.3 |
| F10.94 | Alcohol use, unspec. w/ alcohol-induced mood d/o | 0.3 |
| F10.988 | Alcohol use, unspec. w/ other alcohol-induced d/o | 0.3 |
| F10.99 | Alcohol use, unspec. w/ unspec. alcohol-induced d/o | 0.3 |

## Opioids

| Code | Description | Wt |
|---|---|---|
| F11.10 | Opioid abuse, uncomplic. | 0.3 |
| F11.11 | Opioid abuse, in remission | 0.3 |
| F11.20 | Opioid dependence, uncomplic. | 0.3 |
| F11.21 | Opioid dependence, in remission | |
| F11.988 | Opioid use, unspec. w/ other opioid-induced d/o | 0.3 |
| F11.99 | Opioid use, unspec. w/ unspec. opioid-induced d/o | 0.3 |

## Sedatives, Hypnotics, Anxiolytics

| Code | Description | Wt |
|---|---|---|
| F13.10 | Sed, hyp, or anxiolytic abuse, uncomplic. | 0.3 |
| F13.11 | Sed, hyp, or anxiolytic abuse, in remission | 0.3 |
| F13.20 | Sed, hyp, or anxiolytic dependence, uncomplic. | 0.3 |
| F13.21 | Sed, hyp, or anxiolytic dependence, in remission | 0.3 |
| F13.99 | Sed, hyp, or anxiolytic use, unspec. w/ unspec. sed, hyp, or anxiolytic-induced d/o | 0.3 |

## Behavioral Health

| Code | Description | Wt |
|---|---|---|
| F60.9 | Personality d/o, unspec. | 0.3 |

## Blood and Blood-forming Organs Diseases

| Code | Description | Wt |
|---|---|---|
| D57.1 | Sickle-cell disease w/o crisis | 1.4 |
| D57.3 | Sickle-cell trait | 0.2 |
| D59.0 | Drug-induced autoimmune hemolytic anemia | 1.4 |
| D61.811 | Other drug-induced pancytopenia | 0.7 |
| D61.818 | Other pancytopenia | 0.7 |
| D68.69 | Other thrombophilia | 0.2 |
| D68.9 | Coagulation defect, unspec. | 0.2 |
| D69.6 | Thrombocytopenia, unspec. | 0.2 |
| D70.9 | Neutropenia, unspec | 0.6 |
| D84.9 | Immunodeficiency, unspec | 0.7 |

## Circulatory System Diseases

### Heart Disease

| Code | Description | Wt |
|---|---|---|
| I20.0 | Unstable angina | 0.1 |
| I20.9 | Stable Angina (Angina pectoris) | 0.1 |
| I24.9 | Acute ischemic heart disease, unspec. | 0.1 |
| I25.119 | AHSD of native coronary artery w/ unspec. angina pectoris | 0.1 |

### Cerebrovascular Disease

When evaluating a patient status post CVA remember to code for residual deficits if present

| Code | Description | Wt |
|---|---|---|
| I69.339 | Monoplegia of upper limb following cerebral infarction affecting unspec. side | 0.3 |
| I69.349 | Monoplegia of lower limb following cerebral infarction affecting unspec. side | 0.3 |
| I69.359 | Hemiplegia and hemiparesis following cerebral infarction affecting unspec. side | 0.4 |
| I69.369 | Other paralytic syndrome following cerebral infarction affecting unspec. side | 0.4 |

### Specified Heart Arrythmia

| Code | Description | Wt |
|---|---|---|
| I47.9 | Paroxysmal tachycardia, unspec. | 0.2 |
| I48.0 | Paroxysmal atrial fib. | 0.2 |
| I48.20 | Chronic atrial fib. | 0.2 |
| I48.92 | Unspec. atrial flutter | 0.2 |
| I49.2 | Junctional premature depolarization | 0.2 |

### Congestive Heart Failure

| Code | Description | Wt |
|---|---|---|
| I11.0 | Hypertensive heart disease w/ heart failure | 0.3 |
| I42.0 | Dilated cardiomyopathy | 0.3 |
| I50.20 | Unspec. Systolic heart failure | 0.3 |
| I50.22 | Chronic systolic heart failure | 0.3 |
| I50.32 | Chronic diastolic heart failure | 0.3 |
| I50.21 | Acute systolic heart failure | 0.3 |
| I50.23 | Acute diastolic heart failure | 0.3 |
| I50.9 | Heart failure, unspec. | 0.3 |
| I50.810 | Right heart failure, unspec. | 0.3 |

### COPD

| Code | Description | Wt |
|---|---|---|
| J41.0 | Simple Chronic Bronchitis | 0.3 |
| J42 | Unspec. Chronic Bronchitis | 0.3 |
| J42 | Unspec. Chronic Bronchitis | 0.3 |
| J43.9 | Emphysema, Unspec. | 0.3 |
| J44.1 | COPD w/ (acute) exacerbation | 0.3 |

Licensed clinicians should rely on their independent medical judgment to decide whether suggested diagnoses are relevant. Wellness visits are a great opportunity to review and code all appropriate diagnoses. In any visit, ensure appropriate medical evaluation and documentation of the diagnosis to justify billing the payer.
* Indicates a single code that carries weight in 2 categories

**Aledade CMS-HCC Coding MasterSheet**
This guide has been designed for clinicians who treat Medicare patients in Aledade Accountable Care Organizations. It is limited in scope and does not contain all possible codes. More accurate and more specific codes may be available and should always be used as clinically indicated. All HCC weights are estimates.



### COPD Continued

| Code | Description | Wt |
|---|---|---|
| J96.10 | Chronic respiratory failure, unspec. w/ hypoxia or hypercapnia | 0.3 |
| J44.9 | COPD, Unspec. | 0.3 |

### Fibrosis of Lung and Other Chronic Lung Disorder

| Code | Description | Wt |
|---|---|---|
| J84.10 | Pulmonary Fibrosis | 0.3 |
| J60 | Coalworker's pneumoconiosis | 0.2 |

### Eye Disease

| Code | Description | Wt |
|---|---|---|
| H43.10 | Vitreous hemorrhage, unspec. eye | 0.2 |

### Macular Degeneration

| Code | Description | Wt |
|---|---|---|
| H35.3220 | Exudative age-related macular degeneration, left eye, stage unspec. | 0.5 |
| H35.3290 | Exudative age-related macular degeneration, unspec. eye, stage unspec. | 0.5 |

### Gastrointestinal System

| Code | Description | Wt |
|---|---|---|
| K50.90 | Crohn's disease, unspec., w/o complications | 0.3 |
| K51.90 | Ulcerative colitis, unspec., w/o complications | 0.3 |
| K73.9 | Chronic hepatitis, unspec. | 0.2 |
| K86.0 | Alcohol-induced chronic pancreatitis | 0.3 |
| K86.1 | Other chronic pancreatitis | 0.3 |
| K70.9 | Alcoholic liver disease, unspec. | 0.4 |
| K74.5 | Biliary cirrhosis, unspec. | 0.4 |
| K74.60 | Unspec. cirrhosis of liver | 0.4 |
| I85.00 | Esophageal varices w/o bleeding | 0.9 |
| K72.10 | Chronic hepatic failure w/o coma | 0.9 |
| K76.6 | Portal hypertension | 0.9 |
| Z93.4 | Other artificial openings of gastrointestinal tract status | 0.5 |
| Z94.4 | Liver transplant status | 0.8 |

### Infectious Disease

| Code | Description | Wt |
|---|---|---|
| B18.9 | Chronic viral hepatitis, unspec. | 0.1 |
| B20 | Human immunodeficiency virus [HIV] disease | 0.3 |
| Z21 | Asymptomatic human immunodeficiency virus [HIV] infection status | 0.3 |
| J15.8 | Pneumonia due to other specified bacteria | 0.5 |
| J18.1 | Lobar pneumonia, unspec. organism | 0.1 |

### Kidney Disease

| Code | Description | Wt |
|---|---|---|
| I12.0 | Hypertensive CKD w/ stage 5 CKD or end stage renal disease | 0.3 |

### Kidney Disease Continued

| Code | Description | Wt |
|---|---|---|
| I13.11 | Hypertensive heart and CKD w/out heart failure, w/ stage 5 CKD, or end stage renal disease | 0.3 |
| I13.2 | Hypertensive heart and CKD w/ heart failure, and w/ stage 5 CKD, or end stage renal disease * | 0.6 |
| N28.0 | Ischemia and infarction of kidney | 0.4 |
| Z99.2 | Dialysis Status | 0.4 |

### Chronic Kidney Disease

| Code | Description | Wt |
|---|---|---|
| N18.3 | Chronic kidney disease, stage 3 | 0.1 |
| N18.4 | Chronic kidney disease, stage 4 (severe) | 0.3 |
| N18.5 | Chronic kidney disease, stage 5 | 0.3 |
| N18.6 | End stage renal disease | 0.3 |
| Z99.2 | Dependence on renal dialysis | 0.4 |
| N17.9 | Acute kidney failure, unspec. | 0.4 |
| Z91.15 | Patient's noncompliance w/ renal dialysis | 0.4 |

### Musculoskeletal System and Connective Tissue Diseases

| Code | Description | Wt |
|---|---|---|
| M00.9 | Pyogenic arthritis, unspec. | 0.4 |
| M05.9 | Rheumatoid arthritis w/ rheumatoid factor, unspec. | 0.4 |
| M06.9 | Rheumatoid arthritis, unspec. | 0.4 |
| M31.5 | Giant cell arteritis w/ polymyalgia rheumatica | 0.4 |
| M32.9 | Systemic lupus erythematosus, unspec. | 0.4 |
| M35.3 | Polymyalgia rheumatica | 0.4 |
| M45.9 | Ankylosing spondylitis of unspec. sites in spine | 0.4 |
| M86.10 | Other acute osteomyelitis, unspec. site | 0.4 |
| M86.30 | Chronic multifocal osteomyelitis, unspec. Site | 0.4 |

### Neoplasms

Code for cancer when patient is undergoing chemotherapy or suppressive therapy. Hematologic tumors carry weight in remission solid tumors do not. Remember to code for any secondary malignancies, hematologic, constitutional, and immunologic side effects of the treatment or the disease when present.

| Code | Description | Wt |
|---|---|---|
| C18.9 | Malignant neoplasm of colon, unspec. | 0.3 |
| C34.90 | Malignant neoplasm of unspec. part of unspec. bronchus or lung | 1 |
| C50.919 | Malignant neoplasm of unspec. site of unspec. female breast | 0.2 |
| C61 | Malignant neoplasm of prostate | 0.2 |

### Neoplasms Continued

| Code | Description | Wt |
|---|---|---|
| C80.0 | Disseminated Malignant Neoplasm, unspec | 2.7 |
| C90.00 | Multiple myeloma not having achieved remission | 1 |
| C90.01 | Multiple myeloma in remission | 1 |
| C90.02 | Multiple myeloma in relapse | 1 |
| C91.00 | ALL not having achieved remission | 2.7 |
| C91.01 | ALL, in remission | 2.7 |
| C91.02 | ALL, in relapse | 2.7 |
| C92.00 | AML, not having achieved remission | 2.7 |
| C92.01 | AML, in remission | 2.7 |
| C92.02 | AML, in relapse | 2.7 |
| C95.90 | Leukemia, unspec. not having achieved remission | 0.7 |
| C95.91 | Leukemia, unspec., in remission | 0.7 |
| C95.92 | Leukemia, unspec., in relapse | 0.7 |
| C79.9 | Secondary Malignant Neoplasm of unspec site | 2.7 |
| D70.1 | Agranulocytosis secondary to cancer chemotherapy | 0.7 |
| R64 | Cachexia | 0.5 |
| D84.9 | Immunodeficiency, unspec. | 0.7 |

### Nervous System Diseases

| Code | Description | Wt |
|---|---|---|
| G20 | Parkinson's disease | 0.6 |
| G30.9 | Alzheimer's dz unspec | 0.3 |
| G35 | Multiple sclerosis | 0.4 |
| G40.409 | SZ d/o w/o status epilepticus | 0.3 |
| G31.2 | Degeneration of nervous system due to alcohol | 0.3 |
| F01.50 | Vascular dementia w/o behavioral disturbance | 0.3 |
| F01.51 | Vascular dementia w/ behavioral disturbance | 0.3 |
| F02.80 | Dementia in other diseases classified elsewhere w/o behavioral disturbance | 0.3 |
| F02.81 | Dementia in other dx classified elsewhere w/ behavioral disturbance | 0.3 |
| F03.90 | Unspec. dementia w/o behavioral disturbance | 0.3 |
| F03.91 | Unspec. dementia w/ behavioral disturbance | 0.3 |
| F04 | Amnestic d/o due to known physiological condition | 0.3 |
| G81.10 | Spastic hemiplegia affecting unspec. side | 0.5 |
| G81.90 | Hemiplegia, unspec. affecting unspec. side | 0.5 |
| G82.20 | Paraplegia, unspec. | 1.1 |

### Nervous System Diseases Continued

| Code | Description | Wt |
|---|---|---|
| G82.50 | Quadriplegia, unspec. | 1.2 |
| G95.20 | Unspec. cord compression | 0.5 |

### Skin and Subcutaneous Tissue Disease

| Code | Description | Wt |
|---|---|---|
| L97.209 | Non-pressure chronic ulcer of unspec. calf w/ unspec. Severity | 0.5 |
| L97.309 | Non-pressure chronic ulcer of unspec. ankle w/ unspec. Severity | 0.5 |
| L89.93 | Pressure ulcer of unspec. site, stage 3 | 1.1 |
| L89.94 | Pressure ulcer of unspec. site, stage 4 | 2.0 |
| L89.95 | Pressure ulcer of unspec. site, unstageable | 1.1 |
| L98.491 | Non-pressure chronic ulcer of skin of other sites limited to breakdown of skin | 0.5 |
| L98.492 | Non-pressure chronic ulcer of skin of other sites w/ fat layer exposed | 0.5 |
| L98.493 | Non-pressure chronic ulcer of skin of other sites w/ necrosis of muscle | 0.5 |
| L98.498 | Non-pressure chronic ulcer of skin of other sites w/ other specified severity | 0.5 |
| L98.499 | Non-pressure chronic ulcer of skin of other sites w/ unspec. Severity | 0.5 |

### Vascular Disease

| Code | Description | Wt |
|---|---|---|
| I70.0 | Atherosclerosis of aorta | 0.3 |
| I70.1 | Atherosclerosis of renal artery | 0.3 |
| I70.209 | Unspec. atherosclerosis of native arteries of ext, unspec. Ext | 0.4 |
| I70.219 | Atherosclerosis of native arteries of ext w/ intermittenclaudication, unspec. Extremity | 0.5 |
| I70.25 | Atherosclerosis of native arteries of other ext w/ ulceration * | 2.0 |
| I77.9 | D/o of arteries and arterioles, unspec. | 0.3 |

Scan QR Code to access more Aledade documentation and coding resources at the Aledade Learning Center

Licensed clinicians should rely on their independent medical judgment to decide whether suggested diagnoses are relevant. Wellness visits are a great opportunity to review and code all appropriate diagnoses. In any visit, ensure appropriate medical evaluation and documentation of the diagnosis to justify billing the payer.
*Indicates a single code that carries weight in 2 categories.*