The Honorable Ricardo S. Martinez

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* KHUSHWINDER SINGH,<br><br>Plaintiffs,<br><br>v.<br><br>ALEDADE, INC., et. al.,<br><br>Defendants. | CASE NO. 21-cv-0410-RSM<br><br>**FILED UNDER SEAL**<br><br>**ORDER** |

The United States has filed an *ex parte* Application for an Extension of time to Consider Election to Intervene, in which the government seeks a six (6) month extension of time, or until May 27, 2022, in which to notify the Court whether it intends to intervene in this *qui tam* lawsuit. Such an extension of time is expressly contemplated by the False Claims Act, which provides that the United States "may, for good cause shown move the Court for extensions of time." 31 U.S.C. § 3730(b)(3). The Court finds that the *ex parte* Application establishes good cause.

Accordingly, it is hereby ORDERED that the United States shall have until May 27, 2022, to notify the Court of its decision whether or not to intervene in this *qui tam* action. The Clerk shall

ORDER - 1
(21-cv-0410-RSM)
FILED UNDER SEAL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

maintain the Complaint and other filings under seal for the duration of the government's investigation.

DATED this 30th day of November, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

*s/ Kayla C. Stahman*
KAYLA C. STAHMAN, CA #228931
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-7970
Fax: 206-553-4067
Email: kayla.stahman@udsdoj.gov


*s/ Matt Waldrop*
MATT WALDROP, Georgia Bar #349571
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-7970
Fax: 206-553-4067
Email: james.waldrop@usdoj.gov

ORDER - 2
(21-cv-0410-RSM)
FILED UNDER SEAL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1 | JAMIE A. YAVELBERG
ANDY J. MAO
2 | AUGUSTINE M. RIPA
Attorneys, Civil Division
3 | United States Department of Justice
P.O. Box 261, Ben Franklin Station
4 | Washington, DC 20044
Tel.: (202) 305-4033
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23

ORDER - 3
(21-cv-0410-RSM)
<u>FILED UNDER SEAL</u>

UNITED STATES ATTORNEY
700 S<small>TEWART</small> S<small>TREET</small>, S<small>UITE</small> 5220
S<small>EATTLE</small>, W<small>ASHINGTON</small> 98101
(206) 553-7970