___FILED ___ENTERED
___LODGED ___RECEIVED

JAN 09 2024

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY_____ DEPUTY

The Honorable Kymberly K. Evanson

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* KHUSHWINDER SINGH,<br><br>Plaintiff,<br><br>v.<br><br>ALEDADE, INC., *et. al.*,<br><br>Defendants. | CASE NO. 21-cv-0410-KKE<br><br>**FILED UNDER SEAL**<br><br>Noted for Consideration on:<br>January 9, 2024 |

## UNITED STATES' NOTICE OF ELECTION TO DECLINE INTERVENTION

Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the United States of America hereby notifies the Court of its decision not to intervene in this *qui tam* action at this time. Although the United States declines to intervene, the United States respectfully refers the Court to 31 U.S.C. § 3730(b)(1), which allows Relator to maintain the action in the name of the United States, providing, however, that the "action may be dismissed only if the court and the Attorney General give written consent to the dismissal and their reasons for consenting." *Id.* The Ninth Circuit has

NOTICE OF ELECTION TO DECLINE INTERVENTION - 1
(21-cv-0410-KKE)
FILED UNDER SEAL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

held that, notwithstanding this language, the United States has the right only to a hearing when it objects to a settlement or dismissal of the action. *See United States ex rel. Green v. Northrop Corp.*, 59 F.3d 953, 959 (9th Cir. 1995); *United States ex rel. Killingsworth v. Northrop Corp.*, 25 F.3d 715, 723-25 (9th Cir. 1994). Accordingly, the United States requests that should either Relator or Defendant propose that this action be dismissed, settled, or otherwise discontinued, this Court provide the United States with notice and an opportunity to be heard before ruling or granting its approval.

Furthermore, pursuant to 31 U.S.C. § 3730(c)(3), the United States requests that all pleadings filed in this action be served upon the United States; the United States also requests that orders issued by the Court be sent to the Government's counsel. The United States reserves its right to order any deposition transcripts, to intervene in this action, for good cause, at a later date, and to seek dismissal of Relator's action or claim under 31 U.S.C. § 3730(c)(2)(A). The United States also requests that it be served with all notices of appeal.

Finally, the United States requests that Relator's Complaint and Amended Complaint, this Notice, the attached proposed Order, and all other filings be unsealed.

A proposed order accompanies this notice.

DATED this 9th day of January, 2024.

Respectfully submitted,

BRIAN BOYNTON
Principal Deputy Attorney General

TESSA M. GORMAN
Acting United States Attorney

NOTICE OF ELECTION TO DECLINE INTERVENTION - 2
(21-cv-0410-KKE)
FILED UNDER SEAL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

_(signed)_ Matt Waldrop for, GA 349571

KAYLA C. STAHMAN, CA #228931
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-7970
Fax: 206-553-4067
Email: kayla.stahman@udsdoj.gov

_(signed)_

MATT WALDROP, Georgia Bar #349571
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-7970
Fax: 206-553-4067
Email: james.waldrop@usdoj.gov


JAMIE A. YAVELBERG
ANDY J. MAO
AUGUSTINE M. RIPA
SARAH C. MARBERG
Attorneys, Civil Division
United States Department of Justice
P.O. Box 261, Ben Franklin Station
Washington, DC 20044
Tel.: (202) 305-4033

*Attorneys for the United States of America*

I certify that this memorandum contains 317 words, in compliance with the Local Civil Rules.

NOTICE OF ELECTION TO DECLINE INTERVENTION - 3
(21-cv-0410-KKE)
FILED UNDER SEAL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970