The Honorable Kymberly K. Evanson

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* KHUSHWINDER SINGH,<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>ALEDADE, INC., *et. al.*,<br><br>　　　　　　　　　Defendants. | CASE NO.  21-cv-0410-KKE<br><br>**ORDER** |

The United States, having declined at this time to intervene in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), it is hereby ORDERED that:

　　1.　　The Complaint, Amended Complaint, this Order, the United States' Notice of Declination, and all other filings in this action shall be unsealed;

　　2.　　Relator shall serve a copy of the Complaint, Amended Complaint, this Order, and the United States' Notice of Declination on Defendant;

　　3.　　The seal be lifted as to all other matters occurring in this action after the date of this Order;

　　4.　　The parties shall serve all pleadings and motions filed in this action, including

ORDER - 1
(21-cv-0410-KKE)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

supporting memoranda, upon the United States, as provided for in 31 U.S.C. § 3730(c)(3);

5. The United States may seek dismissal of Relator's action or claims, order any deposition transcripts, and is entitled to intervene in this action, for good cause, at any time;

6. The parties shall serve all notices of appeal upon the United States;

7. All orders of this Court shall be sent to the United States; and

8. Should Relator or Defendant propose that this action be dismissed, settled, or otherwise discontinued, the Court will provide the United States with notice and an opportunity to be heard before ruling or granting its approval.

DATED this 10th day of January, 2024.

Kymberly K. Evanson
United States District Judge

Presented by:

*s/ Kayla C. Stahman*
KAYLA C. STAHMAN, CA #228931
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone:  206-553-7970
Fax:    206-553-4067
Email:  kayla.stahman@udsdoj.gov

*s/ Matt Waldrop*
MATT WALDROP, Georgia Bar #349571
Assistant United States Attorney
United States Attorney's Office

ORDER - 2
(21-cv-0410-KKE)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

| | |
|---|---|
| 1 | 700 Stewart Street, Suite 5220 |
| | Seattle, Washington 98101-1271 |
| 2 | Phone: 206-553-7970 |
| | Fax: 206-553-4067 |
| 3 | Email: james.waldrop@usdoj.gov |
| 4 | JAMIE A. YAVELBERG |
| | ANDY J. MAO |
| 5 | AUGUSTINE M. RIPA |
| | SARAH C. MARBERG |
| 6 | Attorneys, Civil Division |
| | United States Department of Justice |
| 7 | P.O. Box 261, Ben Franklin Station |
| | Washington, DC 20044 |
| 8 | Tel.: (202) 305-4033 |

ORDER - 3
(21-cv-0410-KKE)