The Honorable Kymberly K. Evanson

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* KUSHWINDER SINGH,<br><br>Plaintiff,<br><br>v.<br><br>ALEDADE, INC., et. al.,<br><br>Defendants. | No. 2:21-cv-00410-KKE<br><br>NOTICE OF APPEARANCE OF DEFENDANT ALEDADE, INC. |

TO:  Clerk of the Court;

AND TO:  All parties and counsel of record.

PLEASE TAKE NOTICE that Jeffrey B. Coopersmith of Corr Cronin LLP hereby enters an appearance in the above-entitled proceeding on behalf of Defendant Aledade, Inc. ("Aledade"). All further pleadings or notices of any nature whatsoever, except original process, in this case may be served upon Aledade by delivering a copy thereof to the undersigned at the address below. Aledade reserves and does not waive any defenses, including, but not limited to, insufficiency of service or lack of jurisdiction.

//

//

NOTICE OF APPEARANCE - 1
(No. 2:21-cv-00410-KKE)

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

1 DATED this 5th day of June, 2024.

                              CORR CRONIN LLP

                              *s/ Jeffrey B. Coopersmith*
                              Jeffrey B. Coopersmith, WSBA No. 30954
                              1015 Second Avenue, Floor 10
                              Seattle, Washington  98104-1001
                              Ph: (206) 625-8600
                              jcoopersmith@corrcronin.com

                              *Attorneys for Defendant Aledade, Inc.*

NOTICE OF APPEARANCE - 2
(No. 2:21-cv-00410-KKE)

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900