The Honorable Kymberly K. Evanson

1
2
3
4
5
6

7                           UNITED STATES DISTRICT COURT
                   FOR THE WESTERN DISTRICT OF WASHINGTON
8                                     AT SEATTLE

9

10   UNITED STATES OF AMERICA, *ex rel.*          CASE NO. 2:21-cv-0410-KKE
     KUSHWINDER SINGH,

11                  Plaintiff,

12          v.                                     **DEFENDANT ALEDADE, INC.'S
                                                   CORPORATE DISCLOSURE
13   ALEDADE, INC., *et. al.,*                     STATEMENT**

14                  Defendants.

15

16          Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Rule 7.1 of the Local

17   Civil Rules of the United States District Court for the Western District of Washington, Defendant

18   Aledade, Inc., through its counsel of record, submits the following corporate disclosure:

19          There is no parent corporation or publicly held corporation that owns 10% or more of the

20   stock of Aledade, Inc.

21
22
23
24
25
26
27

CORPORATE DISCLOSURE STATEMENT - 1
(No. 2:21-cv-0410-KKE)
                                                                Corr Cronin, LLP
                                                            1015 Second Avenue, Floor 10
                                                              Seattle, WA 98104-1001
                                                                  (206) 625-8600

1 | Dated this 5th day of June, 2024

Respectfully submitted,

2

3 | *s/ Jeffrey B. Coopersmith*
Jeffrey B. Coopersmith, WSBA No. 30954
CORR CRONIN LLP

4 | 1015 Second Avenue, Floor 10
Seattle, WA 98104-1001

5 | (206) 625-8600
jcoopersmith@corrcronin.com

6

7 | Brian P. Dunphy (*Pro Hac Vice* forthcoming)
Nicole E. Henry (*Pro Hac Vice* forthcoming)
MINTZ, LEVIN, COHN, FERRIS,

8 | GLOVSKY AND POPEO, P.C.
One Financial Center

9 | Boston, MA 02111
(617) 542-6000

10 | BDunphy@mintz.com
NEHenry@mintz.com

11

12 | Karen S. Lovitch (*Pro Hac Vice* forthcoming*)*
MINTZ, LEVIN, COHN, FERRIS,
GLOVSKY AND POPEO, P.C.

13 | 555 12th Street NW
Suite 1100

14 | Washington, DC 20004
(202) 434-7300

15 | kslovitch@mintz.com

16 | *Attorneys for Defendant Aledade, Inc.*

17

18

19

20

21

22

23

24

25

26

27

CORPORATE DISCLOSURE STATEMENT - 2
(No. 2:21-cv-0410-KKE)

Corr Cronin, LLP
1015 Second Avenue, Floor 10
Seattle, WA 98104-1001
(206) 625-8600