The Honorable Kymberly K. Evanson

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* KUSHWINDER SINGH,<br><br>        Plaintiff,<br><br>    v.<br><br>ALEDADE, INC., *et. al.,*<br><br>        Defendants. | CASE NO. 2:21-cv-0410-KKE<br><br>**STIPULATED MOTION AND [PROPOSED] ORDER FOR EXTENSION OF THE TIME FOR DEFENDANT ALEDADE, INC. TO RESPOND TO THE COMPLAINT**<br><br>**NOTE ON MOTION CALENDAR: JUNE 5, 2024** |

Plaintiff Kushwinder Singh ("Plaintiff") and Defendant Aledade, Inc. ("Defendant") (collectively, "the Parties"), by and through their counsel of record, respectfully submit this Stipulation, and respectfully request that the Court enter the proposed order for an extension of time for Defendant to respond to Plaintiff's Complaint.

1.    On January 10, 2024, the Court unsealed the Amended Complaint against Defendant in the above-captioned action. (Dkt. No. 24).

2.    On April 8, 2024, Defendant executed a Waiver of the Service of Summons. (Dkt. No. 27).

3.    Defendant's deadline to respond to Plaintiff's Complaint is June 7, 2024.

4.    The Parties are engaged in discussions regarding whether they may streamline and narrow the litigation.

STIPULATED MOTION AND [PROPOSED] ORDER
FOR EXTENSION OF THE TIME TO RESPOND TO COMPLAINT - 1
(No. 2:21-cv-0410-KKE)

Corr Cronin, LLP
1015 Second Avenue, Floor 10
Seattle, WA 98104-1001
(206) 625-8600

1    5.     An extension would further judicial economy and no party will be prejudiced by an

2  extension.

3    6.     The Parties jointly request a 45-day extension of Defendant's deadline to respond

4  to the Complaint to facilitate these discussions.

5    7.     Accordingly, the Parties stipulate and respectfully request to extend Defendant's

6  deadline to respond to Plaintiff's Complaint to July 22, 2024. A proposed order is subjoined

7  herewith.

8    DATED this 5th day of June, 2024.  I certify that this memorandum contains 173 words,

9  in compliance with the Local Civil Rules.

10    Respectfully submitted,

11

12  By:  */s/ Stephen Teller*          By:  */s/ Jeffrey B. Coopersmith*
     Stephen Teller                    Jeffrey B. Coopersmith, WSBA No. 30954
13   TELLER LAW                        CORR CRONIN, LLP
     300 Lenora St., #1471             1015 Second Avenue, Floor 10
14   Seattle, WA 98121                 Seattle, WA 98104-1001
     (206) 324-8969                    (206) 625-8600
15   Steve@stellerlaw.com              jcoopersmith@corrcronin.com

16   *Attorney for Plaintiff*          Brian P. Dunphy (*Pro Hac Vice* forthcoming)
     *Kushwinder Singh*                Nicole E. Henry (*Pro Hac Vice* forthcoming)
17                                     MINTZ, LEVIN, COHN, FERRIS,
                                         GLOVSKY AND POPEO, P.C.
18                                     One Financial Center
                                       Boston, MA 02111
19                                     (617) 542-6000
                                       BDunphy@mintz.com
20                                     NEHenry@mintz.com

21                                     Karen S. Lovitch (*Pro Hac Vice* forthcoming*)*
                                       MINTZ, LEVIN, COHN, FERRIS,
22                                       GLOVSKY AND POPEO, P.C.
                                       555 12th Street NW
23                                     Suite 1100
                                       Washington, DC 20004
24                                     (202) 434-7300
                                       kslovitch@mintz.com
25
                                       *Attorneys for Defendant Aledade, Inc.*
26

27

STIPULATED MOTION AND [PROPOSED] ORDER
FOR EXTENSION OF THE TIME TO RESPOND TO COMPLAINT - 2        Corr Cronin, LLP
(No. 2:21-cv-0410-KKE)                                       1015 Second Avenue, Floor 10
                                                             Seattle, WA 98104-1001
                                                             (206) 625-8600

1

ORDER

2 **IT IS SO ORDERED.**

3 DATED this _____ day of _____, 2024.

4

5 _____

6 Judge Kymberly K. Evanson
United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

STIPULATED MOTION AND [PROPOSED] ORDER
FOR EXTENSION OF THE TIME TO RESPOND TO COMPLAINT - 3
(No. 2:21-cv-0410-KKE)

Corr Cronin, LLP
1015 Second Avenue, Floor 10
Seattle, WA 98104-1001
(206) 625-8600