The Honorable Kymberly K. Evanson

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* KUSHWINDER SINGH,<br><br>            Plaintiff,<br><br>    v.<br><br>ALEDADE, INC., *et. al.,*<br><br>            Defendants. | CASE NO. 2:21-cv-0410-KKE<br><br>**STIPULATED MOTION AND ORDER FOR EXTENSION OF THE TIME FOR DEFENDANT ALEDADE, INC. TO RESPOND TO THE COMPLAINT**<br><br>**NOTE ON MOTION CALENDAR: JUNE 5, 2024** |

Plaintiff Kushwinder Singh ("Plaintiff") and Defendant Aledade, Inc. ("Defendant") (collectively, "the Parties"), by and through their counsel of record, respectfully submit this Stipulation, and respectfully request that the Court enter the proposed order for an extension of time for Defendant to respond to Plaintiff's Complaint.

1. On January 10, 2024, the Court unsealed the Amended Complaint against Defendant in the above-captioned action. (Dkt. No. 24).

2. On April 8, 2024, Defendant executed a Waiver of the Service of Summons. (Dkt. No. 27).

3. Defendant's deadline to respond to Plaintiff's Complaint is June 7, 2024.

4. The Parties are engaged in discussions regarding whether they may streamline and narrow the litigation.

STIPULATED MOTION AND ORDER
FOR EXTENSION OF THE TIME TO RESPOND TO COMPLAINT - 1
(No. 2:21-cv-0410-KKE)

Corr Cronin, LLP
1015 Second Avenue, Floor 10
Seattle, WA 98104-1001
(206) 625-8600

5. An extension would further judicial economy and no party will be prejudiced by an extension.

6. The Parties jointly request a 45-day extension of Defendant's deadline to respond to the Complaint to facilitate these discussions.

7. Accordingly, the Parties stipulate and respectfully request to extend Defendant's deadline to respond to Plaintiff's Complaint to July 22, 2024. A proposed order is subjoined herewith.

DATED this 5th day of June, 2024. I certify that this memorandum contains 173 words, in compliance with the Local Civil Rules.

Respectfully submitted,

By: */s/ Stephen Teller*
Stephen Teller
TELLER LAW
300 Lenora St., #1471
Seattle, WA 98121
(206) 324-8969
Steve@stellerlaw.com

*Attorney for Plaintiff*
*Kushwinder Singh*

By: */s/ Jeffrey B. Coopersmith*
Jeffrey B. Coopersmith, WSBA No. 30954
CORR CRONIN, LLP
1015 Second Avenue, Floor 10
Seattle, WA 98104-1001
(206) 625-8600
jcoopersmith@corrcronin.com

Brian P. Dunphy (*Pro Hac Vice* forthcoming)
Nicole E. Henry (*Pro Hac Vice* forthcoming)
MINTZ, LEVIN, COHN, FERRIS,
  GLOVSKY AND POPEO, P.C.
One Financial Center
Boston, MA 02111
(617) 542-6000
BDunphy@mintz.com
NEHenry@mintz.com

Karen S. Lovitch (*Pro Hac Vice* forthcoming*)*
MINTZ, LEVIN, COHN, FERRIS,
  GLOVSKY AND POPEO, P.C.
555 12th Street NW
Suite 1100
Washington, DC 20004
(202) 434-7300
kslovitch@mintz.com

*Attorneys for Defendant Aledade, Inc.*

STIPULATED MOTION AND ORDER
FOR EXTENSION OF THE TIME TO RESPOND TO COMPLAINT - 2
(No. 2:21-cv-0410-KKE)

Corr Cronin, LLP
1015 Second Avenue, Floor 10
Seattle, WA 98104-1001
(206) 625-8600

ORDER

**IT IS SO ORDERED.**

DATED this 5th day of June, 2024.

*Kymberly K. Evanson*
_____
Kymberly K. Evanson
United States District Judge

STIPULATED MOTION AND ORDER
FOR EXTENSION OF THE TIME TO RESPOND TO COMPLAINT - 3
(No. 2:21-cv-0410-KKE)

Corr Cronin, LLP
1015 Second Avenue, Floor 10
Seattle, WA 98104-1001
(206) 625-8600