The Honorable Kymberly K. Evanson

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* KUSHWINDER SINGH,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>ALEDADE, INC., *et. al.,*<br><br>　　　　　　Defendants. | CASE NO. 2:21-cv-0410-KKE<br><br>**STIPULATION OF VOLUNTARY DISMISSAL OF COUNTS I-IV IN THE FIRST AMENDED COMPLAINT AND ORDER**<br><br>**NOTE ON MOTION CALENDAR:**<br>**August 2, 2024** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), **IT IS HEREBY STIPULATED** by and between Plaintiff Kushwinder Singh ("Relator Singh"), Defendant Aledade, Inc. ("Aledade"), and the United States of America, through their counsel of record, that the False Claims Act causes of action, Counts I, II, III, and IV of the First Amended Complaint ("the FCA Counts"), are dismissed against all defendants, and the non-Aledade defendants are dismissed, with prejudice as to Relator Singh but without prejudice as to the United States. Relator Singh has filed a Second Amended Complaint as stipulated by the parties and ordered by the Court in Docket No. 41. All Parties will bear their own costs and attorneys' fees. Pursuant to 31 U.S.C. § 3730(b)(1), the United States provides its written consent to the dismissal of the FCA Counts, without prejudice to the United States. The parties respectfully request that the Court enter the order below pursuant to section 3730(b)(1).

STIPULATION AND ORDER OF
PARTIAL DISMISSAL - 1
(No. 2:21-cv-0410-KKE)

Corr Cronin, LLP
1015 Second Avenue, Floor 10
Seattle, WA 98104-1001
(206) 625-8600

RESPECTFULLY SUBMITTED this 2nd day of August, 2024. I certify that this document contains 155 words, in compliance with the Local Civil Rules.

| TELLER LAW | CORR CRONIN LLP |
|---|---|
| *s/ Stephen Teller (via email approval)* <br> Stephen Teller, WSBA No. 23372 <br> 300 Lenora Street, Suite 1471 <br> Seattle, WA 98121 <br> Ph: (206) 324-8969 <br> steve@stellerlaw.com | *s/ Jeffrey B. Coopersmith* <br> Jeffrey B. Coopersmith, WSBA No. 30954 <br> 1015 Second Avenue, Floor 10 <br> Seattle, WA 98104-1001 <br> Ph: (206) 625-8600 <br> jcoopersmith@corrcronin.com |
| Seth Rosenberg, WSBA No. 47474 <br> Joseph D. Gehrke, WSBA No. 41660 <br> THE SEATTLE LITIGATION GROUP, PLLC <br> 1215 4th Avenue, Suite 1100 <br> Seattle, WA 98161 <br> Ph: (206) 407-3300 <br> seth@seattlelitigation.com <br> joe@seattlelitigation.com | Brian P. Dunphy (*Pro Hac Vice*) <br> Nicole E. Henry (*Pro Hac Vice*) <br> MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C. <br> One Financial Center <br> Boston, MA 02111 <br> Ph: (617) 542-6000 <br> BDunphy@mintz.com <br> NEHenry@mintz.com |
| *Attorneys for Plaintiff Kushwinder Singh* | Karen S. Lovitch (*Pro Hac Vice*) <br> MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C. <br> 555 12th Street NW, Suite 1100 <br> Washington, DC 20004 <br> Ph: (202) 434-7300 <br> kslovitch@mintz.com |
|  | *Attorneys for Defendant Aledade, Inc.* |

BRAIN BOYNTON
Principal Deputy Assistant Attorney General

TESSA M. GORMAN
United States Attorney

*s/ Kayla C. Stahman (via email approval)*
Kayla C. Stahman, CA #228931
Matt Waldrop, Georgia Bar #349571
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Ph: (206) 553-7970
kayla.stahman@usdoj.gov
james.waldrop@usdoj.gov

*Attorneys for the United States of America*
.

STIPULATION AND ORDER OF
PARTIAL DISMISSAL - 2
(No. 2:21-cv-0410-KKE)

Corr Cronin, LLP
1015 Second Avenue, Floor 10
Seattle, WA 98104-1001
(206) 625-8600

ORDER OF DISMISSAL

Pursuant to the above stipulation of the parties, the Court hereby **ORDERS** that the False Claims Act causes of action, Counts I, II, III, and IV of the First Amended Complaint, are dismissed against all defendants, with prejudice as to Relator Kushwinder Singh but without prejudice as to the United States.  Relator Singh and the United States have indicated by their stipulation that they do not wish to pursue these claims, and the Court finds that it is in the interests of justice to consent to dismissal.

IT IS SO ORDERED this 13th day of August, 2024.

*Kymberly K. Evanson*

Kymberly K. Evanson
United States District Judge

STIPULATION AND ORDER OF
PARTIAL DISMISSAL - 3
(No. 2:21-cv-0410-KKE)

Corr Cronin, LLP
1015 Second Avenue, Floor 10
Seattle, WA 98104-1001
(206) 625-8600