The Honorable Kymberly K. Evanson

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* KUSHWINDER SINGH,<br><br>Plaintiff,<br><br>v.<br><br>ALEDADE, INC., et. al.,<br><br>Defendants. | No. 2:21-cv-00410-KKE<br><br>STIPULATED MOTION AND [PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO SECOND AMENDED COMPLAINT AND INITIAL CASE DEADLINES<br><br>NOTE ON MOTION CALENDAR: September 5, 2024 |

Plaintiff Kushwinder Singh ("Plaintiff") and Defendant Aledade, Inc. ("Defendant") (collectively, "the Parties"), by and through their counsel of record, respectfully submit this Stipulation, and respectfully request that the Court enter the proposed order extending the time for Defendant to respond to the Second Amended Complaint ("SAC").

1. On August 1, 2024, pursuant to Fed. R. Civ. P. 15(a)(2) and LCR 15(b), and as stipulated by the Parties, Plaintiff filed the SAC. In the SAC, Plaintiff amended his retaliation causes of action against Aledade, Inc, and removed all Federal False Claims Act ("FCA") causes of action asserted in the First Amended Complaint against all defendants, including Aledade.

2. On August 2, 2024, the Court set Initial Scheduling Dates. (Dkt. No. 44) ("the Order Setting Initial Scheduling Dates").

STIPULATED MOTION AND ORDER
TO EXTEND TIME TO RESPOND- 1
(No. 2:21-cv-00410-KKE)

CORR CRONIN LLP
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

1  3. On August 13, 2024, the Court granted the Parties' Stipulated Motion of Voluntary
2  Dismissal and all FCA causes of action were dismissed. (Dkt. No. 46).
3  4. Defendant's deadline to respond to Plaintiff's SAC is September 6, 2024. (Dkt.
4  No. 41).
5  5. On August 23, 2024, pursuant to the Order Setting Initial Scheduling Dates, the
6  Parties met and conferred.
7  6. The Parties are currently discussing the potential for resolution of this matter.
8  7. An extension would further judicial economy, and no party will be prejudiced by
9  an extension.
10 8. Based on the foregoing and to facilitate these discussions, the Parties jointly request
11 that the Court extend the deadline for Defendant to answer or otherwise respond to the SAC for
12 one month until October 4, 2024.
13 9. The Parties also jointly request an extension of the Initial Scheduling Dates as
14 follows:
15  i. Initial Disclosures Pursuant to FRCP 26(a)(1) due October 4, 2024
16  ii. Combined Joint Status Report and Discovery Plan due October 11, 2024
17 10. The Parties intend to also submit this joint request for extension via email to the
18 Courtroom Deputy as required under the Order Setting Scheduling Dates.
19 11. A proposed order is subjoined herewith.
20
21
22 //
23 //
24 //
25 //

STIPULATED MOTION AND ORDER
TO EXTEND TIME TO RESPOND- 2
(No. 2:21-cv-00410-KKE)

CORR CRONIN LLP
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

DATED this 5th day of September, 2024.  I certify that this document contains 322 words, in compliance with the Local Civil Rules.

| TELLER LAW | CORR CRONIN LLP |
|---|---|
| s/ Stephen Teller<br>Stephen Teller, WSBA No. 23372<br>300 Lenora Street, Suite 1471<br>Seattle, WA 98121<br>Ph: (206) 324-8969<br>steve@stellerlaw.com | s/ Jeffrey B. Coopersmith<br>Jeffrey B. Coopersmith, WSBA No. 30954<br>1015 Second Avenue, Floor 10<br>Seattle, Washington  98104-1001<br>Ph: (206) 625-8600<br>jcoopersmith@corrcronin.com |
| Seth Rosenberg, WSBA No. 47474<br>Joseph D. Gehrke, WSBA No. 41660<br>THE SEATTLE LITIGATION<br>  GROUP, PLLC<br>1215 4th Avenue, Suite 1100<br>Seattle, WA 98161<br>Ph: (206) 407-3300<br>seth@seattlelitigation.com<br>joe@seattlelitigation.com | Brian P. Dunphy (*Pro Hac Vice*)<br>Nicole E. Henry (*Pro Hac Vice*)<br>MINTZ, LEVIN, COHN, FERRIS,<br>  GLOVSKY AND POPEO, P.C.<br>One Financial Center<br>Boston, MA 02111<br>Ph: (617) 542-6000<br>BDunphy@mintz.com<br>NEHenry@mintz.com |
| *Attorneys for Plaintiff Kushwinder Singh* | Karen S. Lovitch (*Pro Hac Vice*)<br>MINTZ, LEVIN, COHN, FERRIS,<br>GLOVSKY<br>  AND POPEO, P.C.<br>555 12th Street NW<br>Suite 1100<br>Washington, DC 20004<br>Ph: (202) 434-7300<br>kslovitch@mintz.com |
|  | *Attorneys for Defendant Aledade, Inc.* |

## ORDER

IT IS SO ORDERED.

DATED this ___ day of _____, 2024.

_____
Judge Kymberly K. Evanson
United States District Judge

STIPULATED MOTION AND ORDER
TO EXTEND TIME TO RESPOND- 3
(No. 2:21-cv-00410-KKE)

CORR CRONIN LLP
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900