1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9  KHUSHWINDER SINGH,

10          Plaintiff,

11          v.

12  ALEDADE, INC., a Delaware Corporation,

13          Defendant.

No.: 2:21-cv-0410-KKE

JOINT STATUS REPORT AND
DISCOVERY PLAN

14

15      Plaintiff Kushwinder Singh ("Plaintiff") and Defendant Aledade, Inc. ("Defendant")

16  (collectively, "the Parties"), by and through their respective attorneys of record, submit this Joint

17  Status Report and Discovery Plan.

18  1.  Nature and Complexity of Case

19      Plaintiff alleges that, while he was Senior Medical Director of Risk and Wellness Product

20  for Defendant Aledade, Inc. January 4, 2021 to May 10, 2021, he became aware of and investigated

21  Aledade's practice of guiding physicians towards selectively choosing diagnoses of patients in

22  specific Hierarchical Condition Categories through Aledade's IT systems and training materials

23  for the stated purpose of increasing existing patients' risk scores. Plaintiff further alleges he made

JOINT STATUS REPORT AND DISCOVERY
PLAN - 1
2:21-cv-0410-KKE

The Seattle Litigation Group, PLLC
1215 4th Ave., Ste. 1100
Seattle, WA 98161
(206) 407-3300 | Fax (206) 407-3097

1  objection to Aledade's Chief Medical Officer, Dr. Emily Maxson, that this practice was a serious

2  violation of compliance guidelines. Dr. Singh further alleged that on February 24, 2021 he raised

3  his objections to Aledade's operational procedures, training & coding guiding materials, and raised

4  concerns around perpetuating false diagnoses in the medical records and causing inflation of

5  diagnoses scores in claims going into Medicare payment submissions in a written report to

6  Aledade's compliance "hotline" and he continued to raise compliance concerns and objections to

7  Aledade executives, medical staff, and human resources in March, April, and May 2021, but he

8  was excluded from meetings relating to coding guidances and inaccuracies in Medicare claims

9  submissions. Plaintiff further alleges that after months of objecting to Aledade's noncompliance,

10 he was terminated on May 10, 2021.

11      Defendant denies Plaintiff's allegations and denies liability for all claims asserted by

12 Plaintiff in the Second Amended Complaint. Defendant further alleges that Plaintiff accessed and

13 downloaded significant amounts of Aledade confidential and proprietary information for purposes

14 unrelated to his work for Aledade and failed to return such information following his termination

15 from Aledade, in violation of Aledade's Employee Proprietary Information and Inventions

16 Agreement that Plaintiff signed at the start of his employment.

17 2.  Deadline for Joining of Additional Parties

18      The parties do not anticipate joining additional parties at present but propose a deadline of

19 270 days before trial for any such joinder.

20 3.  Consent to Assignment to Full Time United States Magistrate Judge

21      No.

22

23

JOINT STATUS REPORT AND DISCOVERY
PLAN - 2
2:21-cv-0410-KKE

The Seattle Litigation Group, PLLC
1215 4th Ave., Ste. 1100
Seattle, WA 98161
(206) 407-3300 | Fax (206) 407-3097

4.  <u>Proposed Discovery Plan</u>

    **a.  Initial Disclosures**

        Defendant served its Initial Disclosures on October 4, 2024.  Plaintiff served his Initial Disclosures on October 10, 2024.

    **b.  Subjects, Timing, and Potential Phasing of Discovery**

        The parties anticipate taking discovery as to the facts and circumstances concerning the events and issues outlined above.  The parties agree there is no need for special timing or phasing of discovery.

    **c.  Electronically Stored Information**

        The parties do not anticipate issues with electronically stored information (ESI) and agree that no deviation from the Local Rules or the Federal Rules of Civil Procedure will be necessary in the discovery of ESI.

    **d.  Privilege Issues**

        Plaintiff does not anticipate any privilege issues arising.  Defendant anticipates that disputes may arise in connection with communications between Plaintiff and Aledade's Deputy General Counsel, to the extent that Plaintiff retained and/or inappropriately shared information protected by Aledade's attorney client privilege.

    **e.  Proposed Limitations on Discovery**

        The parties do not propose any modification to the discovery limitations contained in the Local Rules or the Federal Rules of Civil Procedure.

    **f.  Discovery Related Orders**

        The parties do not see a need for discovery-related orders at this time.  The parties agree to meet and confer prior to filing any discovery motion.

JOINT STATUS REPORT AND DISCOVERY PLAN - 3
2:21-cv-0410-KKE

The Seattle Litigation Group, PLLC
1215 4th Ave., Ste. 1100
Seattle, WA 98161
(206) 407-3300 | Fax (206) 407-3097

1    5.   <u>Views, Proposals, and Agreement on Items in Local Civil Rule 26(f)(3)</u>

2        **a.  Prompt Case Resolution**

3            The parties jointly agree to discuss the potential for prompt case resolution.

4        **b.  Alternative Dispute Resolution**

5            The parties agree to consider alternative dispute resolution programs, as appropriate.

6        **c.  Related Cases**

7            The parties are not aware of any related cases.

8        **d.  Discovery Management**

9            The parties agree to accept service of discovery requests via e-mail sent to all counsel of

10   record and the parties will take reasonable steps to be available for depositions. Witness

11   depositions may be conducted via zoom or other video conference application.

12       **e.  Anticipated Discovery Sought**

13           Plaintiff anticipates seeking discovery on Plaintiff's employment, Defendant's compliance

14   practices, and the action/activities of Defendant's agents, officers, and directors.

15           Defendant anticipates seeking discovery on Plaintiff's allegations.

16       **f.  Phasing of Motions**

17           The parties do not believe that it is necessary to phase motions.

18       **g.  Preservation of Discoverable Information**

19           The parties have taken and will take measures necessary to ensure the preservation of

20   evidence.

21       **h.  Privilege Issues**

22           See Section 4(d).

23       **i.  Model Protocol for Discovery of Electronically Stored Information**

JOINT STATUS REPORT AND DISCOVERY
PLAN - 4
2:21-cv-0410-KKE

The Seattle Litigation Group, PLLC
1215 4th Ave., Ste. 1100
Seattle, WA 98161
(206) 407-3300 | Fax (206) 407-3097

1       The parties do not believe there is a need to adopt the Model ESI Agreement or an

2   alternative protocol governing ESI discovery.

3       **j.   Alternatives to Model Protocol**

4       The parties do not foresee the need for alternatives to the Model Protocol for discovery of

5   ESI.

6   6.   The Date by Which Discovery Can be Completed

7       The parties propose that 120 days before trial be the discovery cut-off date in this case.

8   7.   Whether the Case Should be Bifurcated

9       The parties agree that the case should not be bifurcated.

10  8.   Pretrial Statements and Pretrial Orders

11      The parties do not wish to waive pretrial statements. The form for such pretrial statements

12  shall be set forth in the corresponding sections of LCR 16.1.

13  9.   Individualized Trial Program and ADR

14      No.

15  10. Any Other Suggestions for Shortening or Simplifying the Case

16      The parties have no additional suggestions.

17  11. Date the Case will be Ready for Trial

18      The parties expect to be ready for trial by October 2025.

19  12. Whether the Trial Will be Jury of Non-Jury

20      This will be a jury trial.

21  13. The Number of Trial Days Required

22      The parties anticipate the case could be tried in 7 to 10 days.

23

JOINT STATUS REPORT AND DISCOVERY
PLAN - 5
2:21-cv-0410-KKE

The Seattle Litigation Group, PLLC
1215 4th Ave., Ste. 1100
Seattle, WA 98161
(206) 407-3300 | Fax (206) 407-3097

14. <u>The Names, Addresses, and Telephone Numbers of Trial Counsel</u>

     *Plaintiff:*

     Joseph D. Gehrke
     Seth Rosenberg
     THE SEATTLE LITIGATION GROUP, PLLC
     1215 4th Avenue, Suite 1100
     Seattle, WA 98161
     (206) 407-3300
     joe@seattlelitigation.com
     seth@seattlelitigation.com

     Stephen Teller
     TELLER LAW
     300 Lenora St., #1471
     Seattle, WA 98121
     (206) 324-8969
     Steve@stellerlaw.com

     *Defendant:*

     Jeffrey Coopersmith
     CORR CRONIN, LLP
     1015 Second Avenue, Floor 10
     Seattle, WA 98104-1001
     (206) 625-8600
     jcoopersmith@corrcronin.com

     Nicole E. Henry
     MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C.
     One Financial Center
     Boston, MA 02111
     (617) 542-6000
     BDunphy@mintz.com
     NEHenry@mintz.com

     Karen S. Lovitch
     MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C.
     555 12th Street NW, Suite 1100
     Washington, DC 20004
     (202) 434-7300
     kslovitch@mintz.com

JOINT STATUS REPORT AND DISCOVERY
PLAN - 6
2:21-cv-0410-KKE

The Seattle Litigation Group, PLLC
1215 4th Ave., Ste. 1100
Seattle, WA 98161
(206) 407-3300 | Fax (206) 407-3097

1   15. The Dates on Which Trial Counsel May Have Complications to be Considered in Setting a
    Trial Date

2

3       The parties have no pre-existing conflicts. Should any conflicts arise for the dates on which

4   trial is set, the parties will inform the Court at an appropriate time sufficiently in advance of the

5   trial date to resolve trial scheduling conflicts.

6   16. Service

7       Defendant has been served.

8   17. Scheduling Conference Before the Court Enters a Scheduling Order

9       The parties do not wish to have a scheduling conference.

10  18. Corporate Disclosure Statement

11      Defendant filed its statement on June 5, 2024.

12  19. Certifications

13      The undersigned certify that they have reviewed the Civil Rules, the Local Rules, the

14  applicable Electronic Filing Procedures, and have reviewed and complied with Judge Evanson's

15  Standing Order Regarding 28 U.S.C. § 455(b)(2) and Canon 3(C)(1)(b) of the Code of Conduct

16  for United States Judges.

17  /////////

18

19  /////////

20

21  /////////

22

23  /////////

JOINT STATUS REPORT AND DISCOVERY
PLAN - 7
2:21-cv-0410-KKE

The Seattle Litigation Group, PLLC
1215 4th Ave., Ste. 1100
Seattle, WA 98161
(206) 407-3300 | Fax (206) 407-3097

1        RESPECTFULLY SUBMITTED this 11th day of October 2024.

2   By:__*/s Joseph D. Gehrke*_____

Joseph D. Gehrke, WSBA No. 47474

3   Seth Rosenberg, WSBA No. 41660

THE SEATTLE LITIGATION GROUP, PLLC

4   1215 4th Avenue, Suite 1100

Seattle, WA 98161

5   (206) 407-3300

seth@seattlelitigation.com

6   joe@seattlelitigation.com

7   Stephen Teller, WSBA No. 23372

TELLER LAW

8   300 Lenora St., #1471

Seattle, WA 98121

(206) 324-8969

9   Steve@stellerlaw.com

10   *Attorneys for Plaintiff*

By:__*/s Nicole E. Henry*_____

Jeffrey Coopersmith, WSBA No. 30954

CORR CRONIN, LLP

1015 Second Avenue, Floor 10

Seattle, WA 98104-1001

(206) 625-8600

jcoopersmith@corrcronin.com

Nicole E. Henry (*Pro Hac Vice*)

MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C.

One Financial Center

Boston, MA 02111

(617) 542-6000

BDunphy@mintz.com

NEHenry@mintz.com

Karen S. Lovitch (*Pro Hac Vice*)

MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C.

555 12th Street NW, Suite 1100

Washington, DC 20004

(202) 434-7300

kslovitch@mintz.com

*Attorneys for Defendant*

11

12

13

14

15

16

17

18

19

20

21

22

23

JOINT STATUS REPORT AND DISCOVERY PLAN - 8

2:21-cv-0410-KKE

The Seattle Litigation Group, PLLC

1215 4th Ave., Ste. 1100

Seattle, WA 98161

(206) 407-3300 | Fax (206) 407-3097