The Honorable Kymberly K. Evanson, USDJ

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| KHUSHWINDER SINGH,<br><br>Plaintiff,<br><br>v.<br><br>ALEDADE, INC., a Delaware Corporation,<br><br>Defendant. | Case No. **2:21-cv-0410-KKE**<br><br>REPLY IN SUPPORT OF MOTION FOR LIMITED EXTENSION OF DISCOVERY CUTOFF |

## I. INTRODUCTION

Plaintiff Khushwinder Singh respectfully offers this reply in support of the motion for limited extension of the discovery cutoff in this matter for the sole purpose of conducting depositions of witnesses who have not been made available by Defendant. ECF 61.

## II. ARGUMENT IN REPLY

The present motion for a limited extension of the discovery cutoff was filed prior to the May 30, 2025 discovery cutoff date. "[R]equests for extensions of time made before the applicable deadline has passed should 'normally ... be granted in the absence of bad faith on the part of the party seeking relief or prejudice to the adverse party.' " *Ahanchian v. Xenon Pictures,*

MOTION FOR LIMITED EXTENSION OF DISCOVERY CUTOFF
Page 1 of 4

**SEATTLE LITIGATION GROUP, PLLC**
1215 4th Ave, suite 1100, Seattle, WA 98161
Phone: (206) 407-3300 | Facsimile: (206) 407-3097

*Inc.*, 624 F.3d 1253, 1259 (9th Cir. 2010) (quoting 4B Charles Alan Wright & Arthur R. Miller, *Federal Practice & Procedure* § 1165 (3d ed. 2004)). Defendant has not, and cannot, argue either bad faith on the part of Plaintiff or prejudice to Defendant if the discovery cutoff date is extended for the limited purpose of deposing Emily Maxson, Ahmed Haque, and Sarah Chasson. Accordingly, the present request for extension should be granted.

### III.  CONCLUSION

For the foregoing reasons, Plaintiff asks the Court for a brief continuance of the discovery cutoff in this matter from May 30, 2025 to June 30, 2025 for good cause shown for the sole purpose of conducting depositions of Emily Maxson, Ahmed Haque, and Sarah Chasson. This request is reasonable and warranted under the circumstances.

DATED this 6th day of June 2025

By: /s Joseph D. Gehrke
Joseph D. Gehrke, WSBA No. 47474
THE SEATTLE LITIGATION GROUP, PLLC
1215 4th Avenue, Suite 1100
Seattle, WA 98161
(206) 407-3300
joe@seattlelitigation.com

*Attorneys for Plaintiff*

MOTION FOR LIMITED EXTENSION OF DISCOVERY CUTOFF
Page 2 of 4

SEATTLE LITIGATION GROUP, PLLC
1215 4th Ave, suite 1100, Seattle, WA 98161
Phone: (206) 407-3300 | Facsimile: (206) 407-3097

# CERTIFICATE OF SERVICE

I, the undersigned, certify under penalty of perjury of the laws of the State of Washington that I am now, and at all times herein mentioned was, a citizen of the United States and resident of the State of Washington, over the age of eighteen years, not a party to the above-entitled action, and am competent to testify as a witness. I am employed with Seattle Litigation Group, PLLC, 1215 4th Avenue, Suite 1100, Seattle, WA 98161. On the date stated below, I caused the foregoing *REPLY IN SUPPORT OF MOTION FOR LIMITED EXTENSION OF DISCOVERY CUTOFF* on the following

| | |
|---|---|
| Jeffrey Coopersmith, WSBA No. 30954<br>CORR CRONIN, LLP<br>1015 Second Avenue, Floor 10<br>Seattle, WA 98104-1001<br>(206) 625-8600<br>jcoopersmith@corrcronin.com<br><br>Nicole E. Henry (Pro Hac Vice)<br>MINTZ, LEVIN, COHN, FERRIS,<br>GLOVSKY AND POPEO, P.C.<br>One Financial Center<br>Boston, MA 02111<br>(617) 542-6000<br>BDunphy@mintz.com<br>NEHenry@mintz.com<br><br>Karen S. Lovitch (Pro Hac Vice)<br>MINTZ, LEVIN, COHN, FERRIS,<br>GLOVSKY AND POPEO, P.C.<br>555 12th Street NW, Suite 1100<br>Washington, DC 20004<br>(202) 434-7300<br>kslovitch@mintz.com<br><br>LisaMarie Collins (*Pro Hac Vice*)<br>MINTZ, LEVIN, COHN, FERRIS,<br>GLOVSKY AND POPEO, P.C.<br>919 Third Avenue<br>New York, NY 10022<br>(212) 935-3000<br>LCollins@mintz.com<br>*Attorneys for Defendant* | ☐ Via Legal Messenger<br>☐ Via Facsimile<br>☒ Via Electronic Mail<br>☐ Via U.S. Mail/Commercial Post<br>☒ Via Electronic Filing/E-Service<br>☐ Via Hand-Delivery |

MOTION FOR LIMITED EXTENSION OF DISCOVERY CUTOFF
Page 3 of 4

SEATTLE LITIGATION GROUP, PLLC
1215 4th Ave, suite 1100, Seattle, WA  98161
Phone: (206) 407-3300  |  Facsimile: (206) 407-3097

1 | DATED this 6th day of June 2025.

2 | **SEATTLE LITIGATION GROUP, PLLC**

3 | _/s/ Lonnie Lopez_____
Lonnie Lopez
4 | Paralegal

MOTION FOR LIMITED EXTENSION OF DISCOVERY CUTOFF
Page 4 of 4

**SEATTLE LITIGATION GROUP, PLLC**
1215 4th Ave, suite 1100, Seattle, WA 98161
Phone: (206) 407-3300 | Facsimile: (206) 407-3097