UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KHUSHWINDER SINGH,<br><br>          Plaintiffs,<br><br>     v.<br><br>ALEDADE, INC., a Delaware Corporation,<br><br>          Defendants. | Case No 2:21-cv-0410-KKE<br><br>NOTICE OF APPEARANCE<br><br>[Clerk's Action Required] |

     PLEASE TAKE NOTICE Seth Rosenberg of Seattle Litigation Group, PLLC, hereby appears as co-counsel for Plaintiff Khushwinder Singh. All future papers or pleadings except original process should hereafter be served upon said firm at the address below.

     DATED this 11th day of June 2025.

                               SEATTLE LITIGATION GROUP, PLLC

                               */s/ Seth Rosenberg*
                               Seth Rosenberg, WSBA No. 41660
                               Jospeh Gehrke, WSBA No. 47474
                               Seattle Litigation Group, PLLC
                               1215 4th Ave., Suite 1100
                               Seattle, WA 98161
                               Tel: (206) 407-3300
                               Email: seth@seattlelitigation.com
                               joe@seattlelitation.com

NOTICE OF APPEARANCE - 1                                SEATTLE LITIGATION GROUP, PLLC
                                                                                 1215 4th Ave., Suite 1100
                                                                                  Seattle, WA 98161
                                                               (206) 407-3300 / Fax (206) 407-3097

CERTIFICATE OF SERVICE

I certify under penalty of perjury of the laws of the State of Washington that on the date stated below, I caused the foregoing to be served on the following party:

| | |
|---|---|
| Jeffrey Coopersmith, WSBA No. 30954<br>CORR CRONIN, LLP<br>1015 Second Avenue, Floor 10<br>Seattle, WA 98104-1001<br>(206) 625-8600<br>jcoopersmith@corrcronin.com<br><br>Nicole E. Henry (Pro Hac Vice)<br>MINTZ, LEVIN, COHN, FERRIS,<br>GLOVSKY AND POPEO, P.C.<br>One Financial Center<br>Boston, MA 02111<br>(617) 542-6000<br>BDunphy@mintz.com<br>NEHenry@mintz.com<br><br>Karen S. Lovitch (Pro Hac Vice)<br>MINTZ, LEVIN, COHN, FERRIS,<br>GLOVSKY AND POPEO, P.C.<br>555 12th Street NW, Suite 1100<br>Washington, DC 20004<br>(202) 434-7300<br>kslovitch@mintz.com<br><br>LisaMarie Collins (Pro Hac Vice)<br>MINTZ, LEVIN, COHN, FERRIS,<br>GLOVSKY AND POPEO, P.C.<br>919 Third Avenue<br>New York, NY 10022<br>(212) 935-3000<br>LCollins@mintz.com<br>Attorneys for Defendant | ☐ Via Legal Messenger<br>☐ Via Facsimile<br>☒ Via Electronic Mail<br>☐ Via U.S. Mail/Commercial Post<br>☐ Via Electronic Filing/E-service<br>☐ Via Overnight Delivery |

The foregoing statement is made under penalty of perjury under the laws of the State of Washington and is true and correct.

DATED this 11th day of June 2025.

/s/ *Lonnie Lopez*
Lonnie Lopez

NOTICE OF APPEARANCE - 2

SEATTLE LITIGATION GROUP, PLLC
1215 4th Ave., Suite 1100
Seattle, WA 98161
(206) 407-3300 / Fax (206) 407-3097