UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, et al., <br><br> Plaintiff, <br><br> v. <br><br> ALEDADE, INC., <br><br> Defendant. | CASE NO. C21-0410-KKE <br><br> ORDER |

Plaintiff moves to continue the discovery cutoff in this matter to June 30, 2025 to conduct three witness depositions. Dkt. No. 61. Plaintiff does not seek to modify any other case deadlines. *Id.* Defendant opposes, arguing that Plaintiff has failed to show good cause for extension of time and to diligently prosecute this case. Dkt. No. 62. The Court held a hearing on Plaintiff's motion on June 18, 2025. Dkt. No. 67.

While the Court disapproves of Plaintiff's decision to seek these depositions at the end of the discovery period, the Court acknowledges that Plaintiff noticed the disputed depositions and moved for extension of time before the deadline. Dkt. No. 61, Dkt. No. 62 at 2, Dkt. No. 61-1 at 2. Therefore, the Court GRANTS Plaintiff's motion for extension of time to complete discovery and continues the close of discovery to **June 30, 2025**. At the hearing, counsel for Defendants

ORDER - 1

indicated while they did not yet know the availability of the three witnesses, they would endeavor in good faith to schedule the depositions if possible and would make themselves available consistent with the witnesses' availability. The Court expects Defendants will abide by these representations and Plaintiff will likewise act with diligence in scheduling the outstanding depositions.

Pursuant to Defendant's request, the Court also CONTINUES the dispositive motions deadline to **July 14, 2025** and the trial date to **November 10, 2025**. The parties should expect that further requests for extensions are unlikely to be granted.

The Court DIRECTS the courtroom deputy to issue an amended case schedule.

Dated this 18th day of June, 2025.

*Kymberly K. Evanson*
Kymberly K. Evanson
United States District Judge

ORDER - 2