UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, et al., <br><br>      Plaintiff(s), <br><br> v. <br><br> ALEDADE, INC., <br><br>      Defendant(s). | CASE NO. C21-0410-KKE <br><br> ORDER |

  The Court previously granted Plaintiff's motion for extension of time to complete discovery, and specifically, to complete three depositions by June 30, 2025. Dkt. No. 68. The parties notified the Court that they scheduled the depositions for two of the three witnesses, but cannot agree on dates for the remaining witness, Sarah Chasson, a non-party and prior Aledade employee. Dkt. No. 70 at 2–3. Plaintiff seeks an order compelling Ms. Chasson's deposition to be taken at a mutually reasonably convenient time within the next two weeks. *Id.* at 2. Defendant opposes the request for extension. *Id.* The Court held a hearing on this scheduling dispute on June 27, 2025. Dkt. No. 69.

  In order to advance the Court's goal of deciding this case on the merits, the Court GRANTS Plaintiff's motion and allows Ms. Chasson's deposition to be taken after the close of discovery on June 30, 2025. Dkt. No. 70. The Court ORDERS the parties to meet and confer in good faith, and

ORDER - 1

to file a joint status report by **July 3, 2025**, providing the status of Ms. Chasson's deposition and proposing any amendments to the case schedule, if necessary.

Dated this 27th day of June, 2025.

Kymberly K. Evanson
United States District Judge

ORDER - 2