1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, et al., | CASE NO. C21-0410-KKE |
|---|---|
| Plaintiff(s), | ORDER CONTINUING CASE DEADLINES |
| v. | |
| ALEDADE, INC., | |
| Defendant(s). | |

The Court GRANTS the parties' stipulated motion (Dkt. No. 76) and AMENDS the case schedule as follows:

- Dispositive motions must be filed by **8/1/25**.

- Proposed jury instructions, agreed LCR 16.1 Pretrial order (including exhibit list with completed authenticity, admissibility, and objections fields) due by **11/10/25**.

- Trial briefs, joint brief on motions in limine, proposed voir dire questions, and deposition designations due by **11/17/25**.

- TRIAL SET FOR **12/1/2025**.

The Clerk is directed to terminate the motion at Dkt. No. 74.

ORDER CONTINUING CASE DEADLINES - 1

Dated this 18th day of July, 2025.

Kymberly K. Evanson
United States District Judge