The Honorable Kymberly K. Evanson, USDJ

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* KHUSHWINDER SINGH,<br><br>    Plaintiff,<br><br>    v.<br><br>ALEDADE, INC., *et al.*,<br><br>    Defendants. | Case No. **2:21-cv-0410-KKE** |

### PLAINTIFF'S NOTICE OF ACCEPTANCE OF DEFENDANT'S OFFER OF JUDGMENT

Pursuant to Rule 68(a) of the Federal Rules of Civil Procedure, Plaintiff Khushwinder Singh, through undersigned counsel, hereby accepts and provides notice that it has accepted Defendant's Offer of Judgment to Plaintiff dated August 8, 2025, attached hereto.

DATED this 11th day of August 2025

By: /s Joseph D. Gehrke
Joseph D. Gehrke, WSBA No. 47474
SEATTLE LITIGATION GROUP, PLLC
1215 4th Avenue, Suite 1100
Seattle, WA 98161
(206) 407-3300
joe@seattlelitigation.com
*Attorneys for Plaintiff*

PLAINTIFF'S NOTICE OF ACCEPTANCE OF DEFENDANT'S OFFER OF JUDGMENT
Page 1 of 2

SEATTLE LITIGATION GROUP, PLLC
1215 4th Ave, suite 1100, Seattle, WA 98161
Phone: (206) 407-3300 | Facsimile: (206) 407-3097

# CERTIFICATE OF SERVICE

I certify that on August 11, 2025, I caused a true and correct copy of the above Notice of Acceptance of Defendant's Offer of Judgment to be served on the parties and the clerk of court for the United States District Court for the Western District of Washington using the CM/ECF system.

DATED this 11th day of August 2025.

**SEATTLE LITIGATION GROUP, PLLC**

*/s Joseph D. Gehrke*
Joseph D. Gehrke, WSBA No. 47474
1215 4th Avenue, Suite 1100
Seattle, WA 98161
(206) 407-3300
joe@seattlelitigation.com

PLAINTIFF'S NOTICE OF ACCEPTANCE OF DEFENDANT'S OFFER OF JUDGMENT
Page 2 of 2

SEATTLE LITIGATION GROUP, PLLC
1215 4th Ave, suite 1100, Seattle, WA 98161
Phone: (206) 407-3300 | Facsimile: (206) 407-3097