The Honorable Kymberly K. Evanson

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* KUSHWINDER SINGH,<br><br>    Plaintiff,<br><br>v.<br><br>ALEDADE, INC., et. al.,<br><br>    Defendants. | No. 2:21-cv-00410-KKE<br><br>JUDGMENT |

The Court, having reviewed the Offer of Judgment by Defendant Aledade, Inc. ("Defendant") and Plaintiff Khushwinder Singh ("Plaintiff")'s Notice of Acceptance of Offer of Judgement (ECF No. 81, 81-1), hereby enters JUDGMENT as follows:

(a) Judgment is entered against Defendant in the amount of Three Hundred Thousand Dollars ($300,000.00) (the "Judgment Amount").

(b) The Judgment Amount includes all damages, attorneys' fees and costs, in full satisfaction of all claims in this Action against Defendant. No further costs or attorneys' fees shall be awarded.

(c) Pursuant to the accepted Offer of Judgment, this Judgment is entered without any admission or finding of liability or wrongdoing by any party to this Action.

JUDGMENT - 1
(No. 2:21-cv-00410-KKE)

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

(d) Pursuant to the accepted Offer of Judgment, all claims against Defendant (ECF No. 43) and the counterclaim against Plaintiff (ECF No. 51) are resolved and all claims and counterclaims in this action are dismissed with prejudice and without costs or fees to either party. This judgment does not affect the previous dismissal without prejudice (ECF No. 46) of the United States' claims against Defendants under the False Claims Act.

DATED this ____ day of _____, 2025.

_____
KYMBERLY K. EVANSON
United States District Judge

Presented by:

| THE SEATTLE LITIGATION GROUP, PLLC | CORR CRONIN LLP |
|---|---|
| s/ Joseph D. Gehrke<br>Joseph D. Gehrke, WSBA No. 47474<br>Seth Rosenberg, WSBA No. 41660<br>1215 4th Avenue, Suite 1100<br>Seattle, WA 98161<br>Ph: (206) 407-3300<br>seth@seattlelitigation.com<br>joe@seattlelitigation.com<br><br>Stephen Teller, WSBA No. 23372<br>TELLER LAW<br>300 Lenora Street, Suite 1471<br>Seattle, WA 98121<br>Ph: (206) 324-8969<br>Steve@stellerlaw.com<br><br>*Attorneys for Plaintiff* | s/ Jeffrey B. Coopersmith<br>Jeffrey B. Coopersmith, WSBA No. 30954<br>1015 Second Avenue, Floor 10<br>Seattle, Washington 98104-1001<br>Ph: (206) 625-8600<br>jcoopersmith@corrcronin.com<br><br>LisaMarie Collins (*Pro Hac Vice*)<br>MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C.<br>919 Third Avenue<br>New York, NY 10022<br>Ph: (212) 953-3000<br>LCollins@mintz.com<br><br>Nicole E. Henry (*Pro Hac Vice*)<br>MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C.<br>One Financial Center<br>Boston, MA 02111<br>Ph: (617) 542-6000<br>NEHenry@mintz.com |

JUDGMENT - 2
(No. 2:21-cv-00410-KKE)

CORR CRONIN LLP
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Karen S. Lovitch (*Pro Hac Vice*)
MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C.
555 12th Street NW, Suite 1100
Washington, DC 20004
(202) 434-7300
kslovitch@mintz.com

*Attorneys for Defendant Aledade, Inc.*

JUDGMENT - 3
(No. 2:21-cv-00410-KKE)

**Corr Cronin llp**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900