## UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, et al.,<br><br>　　　　　　　　　　Plaintiff(s),<br>　　v.<br><br>ALEDADE, INC.,<br><br>　　　　　　　　　　Defendant(s). | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NUMBER C21-0410-KKE |

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

　　The Court, having reviewed the Offer of Judgment by Defendant Aledade, Inc. ("Defendant") and Plaintiff Khushwinder Singh ("Plaintiff")'s Notice of Acceptance of Offer of Judgement (Dkt. No. 81, 81-1), hereby enters JUDGMENT as follows:

(a) Judgment is entered against Defendant in the amount of Three Hundred Thousand Dollars ($300,000.00) (the "Judgment Amount").

(b) The Judgment Amount includes all damages, attorneys' fees and costs, in full satisfaction of all claims in this Action against Defendant. No further costs or attorneys' fees shall be awarded.

(c) Pursuant to the accepted Offer of Judgment, this Judgment is entered without any admission or finding of liability or wrongdoing by any party to this Action.

(d) Pursuant to the accepted Offer of Judgment, all claims against Defendant (Dkt. No. 43) and the counterclaim against Plaintiff (Dkt. No. 51) are resolved and all claims and

counterclaims in this action are dismissed with prejudice and without costs or fees to either party. This judgment does not affect the previous dismissal without prejudice (Dkt. No. 46) of the United States' claims against Defendants under the False Claims Act.

Dated August 19, 2025.

                                        Ravi Subramanian
                                        Clerk of Court

                                        /s/ Alejandro Pasaye Hernandez
                                        Deputy Clerk